# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARDOCHE OLIVIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-03256 |
| ) | Judge Trauger |
| KEITH JONES, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On March 2, 2018, the magistrate judge issued a Report and Recommendation (DE #21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion for Summary Judgment (Docket No. 18) is GRANTED, and this case is DISMISSED with prejudice. The plaintiff may be taxed with costs other than attorney's fees. Any appeal *in forma pauperis* will not be certified as taken in good faith.

It is so **ORDERED.**

Enter this 21st day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge